BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    e-mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAMELA J. ORTIZ, ) | NO. CV 09-2641 KJN |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | FOR EXTENSION OF TIME |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

    The parties, through their undersigned counsel, stipulate that Defendant shall have an extension of time of 30 days to file Defendant's responsive brief. Subject to the approval of the Court, the new due date for Defendant's responsive brief will be September 1, 2010. This extension is requested because the parties are considering possible settlement.

////

////

////

DATE: 7/29/10                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Leslie Alexander*
LESLIE ALEXANDER
Special Assistant United States Attorney

Attorneys for Defendant

DATED: 7/29/10         By:  /s/ *Bess M. Brewer*
[*authorized via electronic mail on 7/29/10*]
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

## ORDER

The undersigned HEREBY APPROVES the parties' stipulation.  Pursuant to that stipulation, IT IS HEREBY ORDERED that Defendant Commissioner of Social Security shall have up to and including September 1, 2010, to file Defendant's responsive brief.  The court's scheduling order shall be amended accordingly.

DATED:  July 29, 2010

                                    /s/ Kendall J. Newman
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE