
Case 2:09-cv-02641-KJN   Document 27   Filed 08/17/10   Page 1 of 2

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8927
    Facsimile:  (415) 744-0134
    E-Mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PAMELA J. ORTIZ, <br><br>    Plaintiff, <br><br>       v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br>    Defendant. | CIVIL NO. 2:09-CV-02641-KJN <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and <br><br> REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

    1. Further evaluate Plaintiff's credibility;

    2. Evaluate and explain the weight assigned to the third-party statement of Terrence Watson;

    3. Further evaluate and explain the weight assigned to the opinion of Paul Kaplan, M.D.;

4. Evaluate and explain the weight assigned to the treatment notes of Charles McCrory, M.D.;

5. Further evaluate Plaintiff's RFC; and,

6. Obtain any necessary supplemental vocational expert testimony to clarify the effects of the assessed limitations on Plaintiff's occupational base.

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted,

Dated: August 16, 2010     *s/ Bess M. Brewer*
                           (As authorized by email on August 13, 2010)
                           BESS M. BREWER
                           Attorney for Plaintiff

Date: August 16, 2010      BENJAMIN B. WAGNER
                           United States Attorney

                           By *s/ Leslie Alexander*
                           LESLIE ALEXANDER
                           Special Assistant U. S. Attorney

                           Attorneys for Defendant

## ORDER

The stipulation of the parties is HEREBY APPROVED.  Pursuant that stipulation, the Clerk of Court is directed to enter final judgment in favor of plaintiff and against defendant.

IT IS SO ORDERED.

DATED: August 16, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE