BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PAMELA J. ORTIZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br>  _____) | CIVIL NO. 2:09-CV-02641-KJN <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND THREE HUNDRED DOLLARS AND 0 CENTS ($6,300.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).  The previously filed EAJA motion is hereby withdrawn.

     After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010), the ability to honor the assignment will depend on whether

the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses and costs is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Bess Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from and bar to any and all claims Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: November 15, 2010              *s/ Bess Brewer*
                                      (As authorized by email)
                                      BESS BREWER
                                      Attorney for Plaintiff

Date: November 15, 2010               BENJAMIN B. WAGNER
                                      United States Attorney

                                      By *s/ Leslie Alexander*
                                      LESLIE ALEXANDER
                                      Special Assistant U. S. Attorney

                                      Attorneys for Defendant

////
////
////
////
////
////

**ORDER**

The parties' stipulation and proposed order are hereby APPROVED AND SO ORDERED. Pursuant to the parties' stipulation, plaintiff's motion for attorney's fees (Dkt. No. 29) is withdrawn.

DATED: November 17, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE